JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | ) ) ) | Case No. CV 24-9180 FMO (BFMx) |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| 4919 ROSEWOOD AVENUE, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 14th day of February, 2025.

/s/
_____
Fernando M. Olguin
United States District Judge